■ In the Matter of GENE CRESCENZI v MARTIN B. STECHER et al. — Motion to dismiss petition pursuant to CPLR 3211 (subd [a], par 7) and 7804 (subd [f]) granted as to movants. Concur — Murphy, P. J., Ross, Carro, Asch and Alexander, JJ.

■ In the Matter of GENE CRESCENZI v IRA GAMMERMAN et al. — Motion to dismiss petition pursuant to CPLR 3211 (subd [a], par 7) and 7804 (subd [f]) granted as to movants. Concur — Murphy, P. J., Ross, Carro, Asch and Alexander, JJ.

■ In the Matter of CARLO FLORENTINO, an Attorney. — Respondent is directed to show cause why a final order of suspension, censure or removal from office should not be made and respondent suspended from practice as an attorney and counselor at law in the State of New York pending final determination of the petition, effective immediately and until the further order of this court. Concur — Kupferman, J. P., Sullivan, Carro, Silverman and Bloom, JJ.

■ In the Matter of LEONARD S. SIEGEL, an Attorney. — Respondent suspended from practice as an attorney and counselor at law of the State of New York, effective March 15, 1983 and until the further order of this court, and a reference ordered as indicated in the order of this court. Concur — Ross, J. P., Silverman, Fein, Milonas and Alexander, JJ.